**Order filed, June 25, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-12-00454-CV
_____

**JUMANA M. BARABARAWI, Appellant**

**V.**

**MAHAER ABU RAYYAN, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-74023**

## ORDER

This court was informed that the Honorable Ken Wise, presiding judge of the 334th District Court, presided over this case, and that his court's official court reporter, Susan Leediker, reported the proceedings on or about April 11, 2012.[1]  The reporter's record in this case was due June 11, 2012.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with

_____
[1] It does not appear that the case was transferred to the 334th District Court, however.

the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Susan Leediker**, the official court reporter for the 334th District Court, to file the record in this appeal **within 30 days** of the date of this order.


PER CURIAM